

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: GOOGLE DIGITAL ADVERTISING**
**ANTITRUST LITIGATION**

**MDL No. 3010**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −18)**

On August 10, 2021, the Panel transferred 18 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 555 F.Supp.3d 1372 (J.P.M.L. 2021). Since that time, 22 additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable P. Kevin Castel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Castel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 10, 2021, and, with the consent of that court, assigned to the Honorable P. Kevin Castel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. |
| --- |
| May 08, 2026 |
| CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Josh R. Bullock
Acting Clerk of the Panel

Tammi M. Hellwig
Clerk of Court

By _____
Deputy Clerk

**IN RE: GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION**                                    MDL No. 3010

### SCHEDULE CTO–18 – TAG–ALONG ACTIONS

| <ins>DIST</ins> | <ins>DIV.</ins> | <ins>C.A.NO.</ins> | <ins>CASE CAPTION</ins> |
|---|---|---|---|

CALIFORNIA NORTHERN

| CAN | 5 | 26–03143 | MH Sub I, LLC et al v. Google LLC |
|---|---|---|---|